UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Derek S. Jordan                                               Docket No. 5:14-MJ-1894-1

**Petition for Action on Probation**

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Derek S. Jordan, who, upon an earlier plea of guilty to Driving While Impaired-Level 5, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on February 4, 2015, to a 12-month term of probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is currently being supervised by U.S. Probation Officer Nicole Monteiro in the District of Massachusetts. Due to the defendant's significant history of alcohol abuse, she has requested that his conditions of probation be modified to include alcohol abstinence and random breathalyzer testing. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall refrain from the use of alcohol and shall submit to random breathalyzer testing as directed by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

                                              I declare under penalty of perjury that the foregoing is true and correct.
                                              /s/ Keith W. Lawrence
                                              Keith W. Lawrence
                                              Senior U.S. Probation Officer
                                              310 Dick Street
                                              Fayetteville, NC 28301-5730
                                              Phone: 910-354-2538
                                              Executed On: February 26, 2015

**ORDER OF THE COURT**

Considered and ordered this __26th__ day of __February__, 2015 and ordered filed and made a part of the records in the above case.


_Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge